RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/18/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **BRYAN DEMOUCHET** | **CIVIL ACTION 06-1821** |
| **VERSUS** | **CHIEF JUDGE HAIK** |
| **MICHAEL THIBODEAUX, ET AL** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred Methvin for Report and Recommendation. After an independent review of the record, including the Amended Complaint, which this Court construes as Objections to the Report and Recommendation, and the Motion for Delayed or Successive Petitions filed by the plaintiff on July 9, 2007, it is hereby held that the Report and Recommendation of the Magistrate Judge is correct and the findings and conclusions therein are adopted by this Court as its own.

Accordingly, the plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as time-barred and, therefore, frivolous pursuant to the provision of 28 U.S.C. section 1915(e)(2)(B)(I) and 1915(b)(1).

Additionally, the Motion for Delayed or Successive Petitions is **DENIED**. The Court has considered all of the information and arguments set forth by the plaintiff in this matter, whether timely filed or not.

**THUS DONE and SIGNED** on this the 17 day of July, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT